# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Stephen Haight<br><br>    Plaintiff,<br><br>v.<br><br>Central Credit Services, Inc.<br><br>    Defendant. | CASE NO.:  08-CV-00226<br><br>JUDGE: Marovich<br><br>MAGISTRATE JUDGE: Mason<br><br>**STIPULATION OF DISMISSAL** |

Now come the parties, by and through counsel, and hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before June 2, 2008 for the sole purpose of enforcing the settlement agreement.  In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
Timothy J. Sostrin
Bar ID # 6290807
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone: 1.866.339.1156
tjs@legalhelpers.com
Attorneys for Plaintiff

Messer & Stilp, Ltd.

By: s/with consent of J. Michael True
J. Michael True
Bar ID # 6279941
166 W. Washington, Suite 300
Chicago, IL 60602
Telephone: 312-334-FIRM (3476)
true@messerstilp.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2008, a copy of the foregoing Stipulation of Dismissal was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

J. Michael True
MESSER & STILP, LTD.
true@messerstilp.com

s/Timothy J. Sostrin